Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana
## Indianapolis Division

1:18-cv-3441 RLY-DML

| | |
|---|---|
| Raj Patel | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| Federal Bureau of Investigations, Indianapolis Metropolitain Police Department, Brownsburg Police Department | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Raj Patel |
| Street Address | 501 North Capitol Avenue, Apt. 4126 |
| City and County | Indianapolis, Marion |
| State and Zip Code | IN, 46112 |
| Telephone Number | 317-331-0008 |
| E-mail Address | rajp2010@gmail.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Federal Bureau of Investigations |
| Job or Title *(if known)* | |
| Street Address | 8825 Nelson B Klein Pkwy |
| City and County | Indianapolis, Marion County |
| State and Zip Code | IN, 46250 |
| Telephone Number | 317-595-4000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Brownsburg Police Department |
| Job or Title *(if known)* | |
| Street Address | 31 North Green Street |
| City and County | Brownsburg, Hendricks County |
| State and Zip Code | IN, 46112 |
| Telephone Number | 317-852-1100 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Indianapolis Metropolitan Police Department |
| Job or Title *(if known)* | |
| Street Address | 50 North Alabama Street |
| City and County | Indianapolis, Marion County |
| State and Zip Code | IN, 46204 |
| Telephone Number | (317) 327-3811 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Kartik Patel |
| Job or Title *(if known)* | |
| Street Address | 1239 Spring Lake Drive |
| City and County | Brownsburg, Hendricks County |
| State and Zip Code | IN, 46112 |
| Telephone Number | 317-750-4258 |

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fourth Amendment; 14th Amendment; 4th Amendment; Stored Communication Act (18 U.S.C. § 2701-2712); FERPA; Wrongful Interference with Trade or Business Practice; RICO; False Light; Defamtion; 9th Amendment; 8th Amendment; 5th Amendment; 6th Amendment; Stored Communications Act; FISA Amendments Act of 2008; USA Freedom Act; CALEA Act; USA Patriot Act; 1st Amendment; Lahnam Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b.   If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100 million; there will be attorneys fees, loss of oppurtunity, wrongful interefence, reputational damages, punitive damages, consequtional damages, actual damages, reliance damages, and trebale damages.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

   A.   Where did the events giving rise to your claim(s) occur?

They occurred in the areas where I am present. The locations were in actual reality, rather than virtual reality.

   B.   What date and approximate time did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

They have occurred sporidically from the year 2005-2006 to at least when I voluntary withdrew from Notre Dame in November 2017, but they have occurred more after graduation from the year 2014, especially during the third-year of my law school the year 2017. I had only 11 credit hours when I withdrew from Notre Dame, whereas I had 15 credit hours my first semester, 16 credit hours my second semester, 14 credit hours my third semester, and 17 creidt hours my fourth semester.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have been survielled everywhere I go since the year 2005-2018 with the knowledge of law enforcement. Based on my human interactions, my dad, Kartik Patel, has actual knowledge of the parties involved. Kartik Patel is also associated with Indianapolis Metropolitian Police Department (IMPD) and has won a community leaders award. They evaesdrop into my conversations and memeck the exact word pattern verbatiam within the next 24 hours. The evaesdropping occurs through my phone to phone conversations or even when the conversation is human to human. I call this "psychologically warfare." To the best of my knowledge, my monitoring has been going on mainly through microphones, but it is possibly visual through video tapes. I do not remember anything sexual being leaked. Therefore, I think that this is more for amusement. Based on my human interactions with Brownsburg Police Department (BPD) and with the late Assistant Chief James Waters of the IMPD, local law enforcement might be aidding and abetting or is exclusively conducting the survillence.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I would like my ongoing violations of consitutional rights restored. I will file other pro se complaints, including but not limited to violations of my civil rights and breach of contract against the aforementioned parties and other parties.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I request the court provide an injunction to order all law enforcment to stop violating my constitutional and legal rights. I would like actual and punitive damages. I have earned actual damages because I was induced to withdraw from Notre Dame, which led to lossing money for an academic year, reputational harm because of having to take a year off of school unnecessarily, emotional harm, and consequtial damages because of lossing wages from a salary job, and having to find living and accomodations when I did not need to. I have earned punitive damages so law enforcement does not unlawfully survielle. I believe the reason of why I am being survielled has evolved over time. First it was exclusively for amusement but now the motive for the survielling is more political than not. First, the survillence was to make me "speak to my father" or "respect my father." While I did not ignore him, he was not happy with contemporary teenage phases of life. I was elected by a committee to be the Student Body President at Brownsburg High School, then at Emory University I was popularly elected as the Student Body President, and then at Notre Dame Law School I was popularly elected as a Third-Year Representative from the Notre Dame Bar Association to the Indiana State Bar Association. As a part of my duties for student body president, I met President Carter and His Holiness the Dalai Lama. After 2014, I believe that the motive is political and hidden under the vindictive guise of "respect your father."

Moreover, I have reason to believe that the nature of the survillence is also for political sabotage because one of my former high school assistant principal's son works for a likely presidential candidate in South Bend, Indiana. I have nothing personal against the mayor nor do I know him, and I will only qualify to run for president in about a decade. I would like to plead it because of Notre Dame's unique geo-political positioning and because my former assistant principal ("Ms. S.B.") contacted me via facebook within 3 hours of downloading the pro se forms from the uscourts website. I also do not regularly stay in touch with Ms. S.B. I view it to be more than a coincidence.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/06/2018

Signature of Plaintiff

Printed Name of Plaintiff    Raj K. Patel

### B. For Attorneys

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |